LIPSON NEILSON P.C.
Joseph P. Garin (Bar No. 6653)
Angela T. Nakamura Ochoa (Bar No. 10164)
Jonathan K. Wong (Bar No. 13621)
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
jgarin@lipsonneilson.com
aochoa@lipsonneilson.com
jwong@lipsonneilson.com

*Attorneys for Defendant*
*Heller, Draper, Patrick, Horn & Manthey, LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MSAA HOLDINGS, LLC, MSAA LV PARTNERS, LLC, MSAA PARTNERS, LLC, and MSAA PA PARTNERS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C., a Louisiana limited liability company; DOES 1 – 10, INCLUSIVE; AND ROE CORPORATIONS 11-20, INCLUSIVE,<br><br>Defendants. | Case No.:2:18-cv-02336-JAD-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>ECF No. 24 |

Plaintiffs MSAA HOLDINGS, LLC, MSAA LV PARTNERS, LLC, MSAA PARTNERS, LLC and MSAA PA PARTNERS, LLC, by and through their counsel, Patricia A. Marr and Defendant HELLER DRAPER PATRICK HORN & MANTHEY, LLC, by and through its counsel, Angela Nakamura Ochoa, hereby stipulate

/ / /

/ / /

/ / /

- 1 -

to dismiss Plaintiffs' Complaint for dismissal with prejudice, with each party to bear its own attorney's fees and costs.

DATED this 20th day of May, 2020.

| LIPSON NEILSON P.C. | PATRICIA A. MARR, LTD. |
|---|---|
| By: /s/ | By: /s/  5/18/2020 |
| Joseph P. Garin, Esq.<br>Angela T. Nakamura Ochoa, Esq.<br>Jonathan K. Wong, Esq.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant*<br>*Heller, Draper, Patrick, Horn & Dabney, LLC* | Patricia A. Marr, Esq.<br>2470 St. Rose Parkway, Suite 304<br>Henderson, NV 89074<br>*Attorneys for Plaintiffs* |

## ORDER

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 27, 2020

- 2 -